# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
ROJELIO GALINDO,               )
                               )
          Plaintiff,      )
                               )
      v.                    )      Civil Action No. 13-0794 (EGS)
                               )
UNITED STATES OF AMERICA,   )
                               )
         Defendant.    )
_____ )

## MEMORANDUM OPINION

On November 22, 2013, the defendant filed a motion to dismiss or, alternatively, for summary judgment [ECF No. 11]. The Court advised the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned plaintiff that, if he did not respond to the motion by December 24, 2013, the Court may treat the motion as conceded. To date, the plaintiff neither has filed an opposition to the motion and nor has requested more time to do so. Accordingly, the Court will deny the defendant's motion without prejudice and dismiss this action.

An Order accompanies this Memorandum Opinion.


Signed:        EMMET G. SULLIVAN
                    United States District Judge

Dated:         January 10, 2014